IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-CV-500-FL

| | | |
|---|---|---|
| SUSAN G. YUREK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of

United States Magistrate Judge Robert B. Jones, Jr., regarding the parties' cross-motions for

judgment on the pleadings. No objections to the M&R have been filed, and the time within which

to make any objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of Magistrate Judge Robert B. Jones, Jr. as

its own, and, for the reasons stated therein, plaintiff's motion is GRANTED, defendant's motion is

DENIED, and this matter is REMANDED to the Commissioner for further proceedings consistent

with the M&R. The clerk of court is directed to close the case.

SO ORDERED, this the 1st day of September, 2009.


LOUISE W. FLANAGAN
Chief United States District Judge